UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

05 CV 10137 JLT

U.S. DISTRICT COURT
DISTRICT OF MASS

| HELENE TREMBLAY and | ) |
| KEVIN TREMBLAY, | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | ) |

MAGISTRATE JUDGE _JLA_        **COMPLAINT**

1. The Plaintiffs, Helene Tremblay and Kevin Tremblay, allege:

2. This is an action arising under the Federal Tort Claims Act, 28, §2671 et seq. This Court is vested with jurisdiction pursuant to Section 1346(b), Title 28 of the United States Code.

3. The Plaintiffs are citizens and residents of One Luann Lane, Pelham, Hillsborough County, New Hampshire and the cause of action on which this action is based arose in Lowell, Middlesex County, Massachusetts. Thus, venue is properly laid in this court.

4. On or about October 21, 2002, the plaintiff, Helene Tremblay, was operating a motor vehicle on a public way known as Bridge Street, Lowell, Middlesex County, Massachusetts, when Suzanne Dumont who was operating a motor vehicle and at the time was an employee of the United States Government, and was acting within her

course and scope of employment at the time of the collision described below

5. The Plaintiff, Helene Tremblay, was operating her vehicle in the left lane on Bridge Street in Lowell, Middlesex County, Massachusetts, when the Suzanne Dumont, who was in the right lane, suddenly and without warning, cut in front of the Plaintiff to make a U-turn causing the vehicles to collide.

6. Suzanne Dumont was negligent in attempting to make a U-turn in traffic and she otherwise failed to act prudently under the circumstances. Suzanne Dumont's negligence was the proximate cause of the collision, and such negligence is imputed to Defendant.

7. In addition to various other severe and permanent injuries, Plaintiff Helene Tremblay received a right C6-7 disc herniation with nerve root and spinal cord compression requiring anterior cervical microdiscectomy/interbody fusion with Allograft and plate C6-7 interspace resulting in permanent scarring. Plaintiff Helene Tremblay also sustained numerous contusions which resulted in severe bruising

8. As a direct and proximate result of these injuries, Plaintiff Helene Tremblay has endured and will continue to endure, great pain and suffering and mental anguish and she is permanently partially disabled and permanently scarred.

9. Plaintiffs have spent and will continue to spend, large sums of money for medical expenses, and Plaintiff Kevin Tremblay has lost the support, consortium, and services of Plaintiff Helene Tremblay.

10. Plaintiff Helene Tremblay is 42 years of age. Prior to the accident she was employed by Flood & Hartigan Flood & Hartigan, P.C., 81 Bridge Street, Lowell, MA as a real estate paralegal earning $507.00 per week. As a result of her injuries, Plaintiff Helene Tremblay can no longer work at such a trade in view of her current state of permanent partial disability.

11. On June 30, 2004, Plaintiffs submitted their claim, in the amount $270,000.00 to the Office of General Counsel, House of Representatives, Cannon 219 HOB, Washington, DC 20515.

12. By December 30, 2004 the Office of General Counsel, House of Representatives, had neither accepted nor rejected the claim, and pursuant to 28 USCA §2675(a), Plaintiff elects to consider the failure to act as a final denial of the claim.

WHEREFORE, Plaintiffs request judgment against the Defendant United State s of America as follows:

1. Damages in the amount of $220,000.00 for the Plaintiff Helene Tremblay for past and future medical expenses, lost wages, loss of future wages and pain and suffering.

2.  Damages in the amount of $50,000.00 for the Plaintiff Kevin Tremblay for loss of consortium and services.

3.  Plaintiffs' costs in this action.

4.  Such other relief as the court may deem just and proper.

Date: 1/20/05

HELENE TREMBLAY, et al.
By their attorney,

_Charles B. Moegelin_
CHARLES B. MOEGELIN
Novick & Moegelin
170 Merrimack St., Suite 316
Lowell, MA 01852
(978) 458-3600

≈JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tremblay, Helene
Tremblay, Kevin

(b) County of Residence of First Listed Plaintiff **Hillsborough**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number) (978) 458-3600
Charles B. Moegelin, Novick & Moegelin
170 Merrimack St., Lowell, MA 01852

## DEFENDANTS
United States of America

FILED IN CLERKS OFFICE
2005 JAN 21 P 12: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

**05cv10137 JLT**

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) (617) 748-3100
Rayford Farquhar, 1 Courthouse Way,
Boston, MA 02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act, 28, §2671
Brief description of cause:
Injuries and loss of consortium as a result of automobile accident.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $270,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
*Charles B Moegelin*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Helene Tremblay vs. United States of America__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.  150, 152, 153.

   **FILED IN CLERK'S OFFICE**
   **2005 JAN 21 P 1:20**
   **U.S. DISTRICT COURT**
   **DISTRICT OF MASS**

   **05 CV 10137 JLT**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __Tremblay, et al. vs. The Hertz Corp, et al., No. 03-11945-JLT__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☒   NO ☐

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).   __Plaintiffs reside in southern New Hampshire. The accident took place in the Eastern Division.__
   YES ☐   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Charles B. Moegelin__
ADDRESS __170 Merrimack St., Suite 316, Lowell, MA 01852__
TELEPHONE NO. __(978) 458-3600__

(Coversheetlocal.wpd - 10/17/02)