AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2005 MAR -8 P 12: 59
U.S. DISTRICT COURT
DISTRICT OF MASS

HELENE TREMBLAY and KEVIN TREMBLAY,
                    Plaintiffs

V.

UNITED STATES OF AMERICA,
                    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05  10137 JLT**

TO: (Name and address of Defendant)
United States Attorney's Office
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles B. Moegelin, Esquire
Novick & Moegelin
170 Merrimack St., Suite 316
Lowell, MA 01852

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1/21/05
CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                           March 4, 2005

I hereby certify and return that on 2/23/2005 at 11:10AM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Category in this action in the following manner: To wit, by delivering in hand to Marion Ramirez, agent and person in charge at the time of service for United States of America, at , John Joseph Moakley U.S. Courthouse, 1 Courthouse Way Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   George Slyva                                      _____
                                                                                Deputy Sheriff

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                   Signature of Server

                              _____
                                 Address of Server

0560319?

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.