UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELENE TREMBLAY and ) <br> KEVIN TREMBLAY, ) <br> Plaintiffs ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> Defendant ) | CIVIL ACTION NO. 05-10137-JLT |

### AFFIDAVIT OF COMPLIANCE

I, Charles B. Moegelin, Attorney for the Plaintiff in the above-entitled action, hereby certify that pursuant to Rule 4(e)(3), a copy of Plaintiff's Summons, Complaint, Cover Sheet and Category Sheet was duly served John D. Ashcroft, Attorney General, Department of Justice 950 Pennsylvania Ave., NW, Room 4545, Washington, D.C. 20530-0001 by mailing same, certified mail, return receipt requested. The Summons with original return receipt card showing that said documents were received upon Defendant is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF MARCH, 2005.

*Charles B Moegelin*
CHARLES B. MOEGELIN
Novick & Moegelin
170 Merrimack Street, Suite 316
Lowell, Massachusetts 01852
Tel: 978-458-3600
BBO No. 350380



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

HELENE TREMBLAY and KEVIN TREMBLAY,
Plaintiffs

V.

UNITED STATES OF AMERICA,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10137 JLT**

TO: (Name and address of Defendant)
John D. Ashcroft, Attorney General
Department of Justice
950 Pennsylvania Ave. NW, Room 4545
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles B. Moegelin, Esquire
Novick & Moegelin
170 Merrimack St., Suite 316
Lowell, MA 01852

... to the complaint which is served on you with this summons, within 20 days after service
... judgment by default will be taken against you
... e parties to this action must be filed with the

Dept of Justice
Room 4545
Washington, DC

1/21/05

7003 3110 0002 9448 9041

# NOVICK & MOEGELIN
## ATTORNEYS & COUNSELORS AT LAW

EDWARD F. NOVICK (1918-1993)

CHARLES B. MOEGELIN

CONSTANCE NOVICK BENDETSON
OF COUNSEL

170 MERRIMACK STREET
SUITE 316
LOWELL, MA 01852

(978) 458-3600
FAX (978) 459-6575
email: moegelinlaw1@yahoo.com

February 2, 2005

John D. Ashcroft, Attorney General
Department of Justice
950 Pennsylvania Ave NW, Room 4545
Washington, DC 20530-0001

RE:   Helene Tremblay, et al. vs. United States of America
      Civil Action No 05-10137-JLT

Dear Sir/Madam:

Enclosed please find herewith copies of the following documents:

1. Summons
2. Complaint
3. Cover Sheet
4. Category Sheet

Thank you for your attention.

Very truly yours,


CHARLES B. MOEGELIN

CBM/kmp
Enclosure

**Certified Mail - Return Receipt Requested**