UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -8 P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| HELENE TREMBLAY and ) | |
| KEVIN TREMBLAY, ) | |
| Plaintiffs ) | |
| v. ) | CIVIL ACTION NO. 05-10137-JLT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant ) | |

## AFFIDAVIT OF COMPLIANCE

I, Charles B. Moegelin, Attorney for the Plaintiff in the above-entitled action, hereby certify that pursuant to Rule 4(e)(3), a copy of Plaintiff's Summons, Complaint, Cover Sheet and Category Sheet was duly served upon U.S. House of Representatives, Office of General Counsel, 219 Cannon House Office Building, Washington, D.C. 20515-6532 by mailing same, certified mail, return receipt requested. The Summons with original return receipt card showing that said documents were received upon Defendant is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF MARCH, 2005.

_____
CHARLES B. MOEGELIN
Novick & Moegelin
170 Merrimack Street, Suite 316
Lowell, Massachusetts 01852
Tel: 978-458-3600
BBO No. 350380

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of       Massachusetts

HELENE TREMBLAY and KEVIN TREMBLAY,
                    Plaintiffs

V.

UNITED STATES OF AMERICA,
                    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05  10137 JLT**

TO: (Name and address of Defendant)
U.S. House of Representatives
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515-6532

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles B. Moegelin, Esquire
Novick & Moegelin
170 Merrimack St., Suite 316
Lowell, MA 01852



er to the comp[...] 20 ___ days after service
[...]mons on [...] gment by default will be taken against you
[...] arties to this action must be filed with the

1/21/05

7110 0002 9448 9034



# NOVICK & MOEGELIN
ATTORNEYS & COUNSELORS AT LAW

EDWARD F. NOVICK (1918-1993)
CHARLES B. MOEGELIN

CONSTANCE NOVICK BENDETSON
OF COUNSEL

170 MERRIMACK STREET
SUITE 316
LOWELL, MA 01852

(978) 458-3600
FAX (978) 459-6575
email: moegelinlaw1@yahoo.com



# NOVICK & MOEGELIN
### ATTORNEYS & COUNSELORS AT LAW

EDWARD F. NOVICK (1918-1993)
CHARLES B. MOEGELIN

CONSTANCE NOVICK BENDETSON
OF COUNSEL

170 MERRIMACK STREET
SUITE 316
LOWELL, MA 01852

(978) 458-3600
FAX (978) 459-6575
email: moegelinlaw1@yahoo.com

February 2, 2005

U.S. House of Representatives
Office of the General Counsel
219 Cannon House Office Building
Washington, DC 20515-6532

RE:   Helene Tremblay, et al. vs. United States of America
      Civil Action No 05-10137-JLT

Dear Sir/Madam:

Enclosed please find herewith copies of the following documents:

1.   Summons
2.   Complaint
3.   Cover Sheet
4.   Category Sheet

Thank you for your attention.

Very truly yours,


CHARLES B. MOEGELIN

CBM/kmp
Enclosure

**Certified Mail - Return Receipt Requested**