```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| HELENE TREMBLAY and<br>KEVIN TREMBLAY,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Civil Action<br>No. 05-10137-JLT |

## ANSWER

1. Paragraph 1 appears to be a preamble and requires no response. To the extent that a response may be deemed necessary, the defendant denies any allegations asserted in Paragraph 1.

2. Paragraph 2 of the Complaint sets forth the jurisdictional basis of the plaintiffs' Complaint and, as such, no response is required. To the extent the plaintiffs state factual allegations, they are denied.

3. The defendant lacks knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 3, and thus denies the allegations.

4. The defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. The defendant admits that a vehicle being driven by Suzanne Dumont collided with a vehicle being driven by Helene

      Tremblay, but denies the remaining allegations contained in Paragraph 5 of the Complaint.

6. The defendant denies the allegations contained in Paragraph 6 of the Complaint.

7. The defendant lacks knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 7, and thus denies the allegations.

8. The defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. The defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. The defendant lacks knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 10, and thus denies the allegations.

11. The defendant lacks knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 11, and thus denies the allegations.

12. The defendant lacks knowledge or information sufficient to form a belief with respect to the allegations contained in Paragraph 12, and thus denies the allegations.

      The WHEREFORE Paragraph and the four Paragraphs following Paragraph 12 constitute prayers for relief, to which no response is necessary. To the extent that a response may be deemed to be necessary, the defendant denies that the plaintiffs are entitled

to the relief sought or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. Helene Tremblay's fault and negligence in causing this alleged accident must be compared against the fault and negligence, if any, of the defendant, and the plaintiffs' recovery, if any, must be diminished in proportion to Helene Tremblay's fault and negligence in causing the alleged accident pursuant to Massachusetts Comparative Negligence doctrine.  *See*, Mass. Gen. Law 231, § 85.

2. The plaintiffs' recovery against the defendant, if any, is limited to the damages recoverable under the Federal Tort Claims Act.

3. Pursuant to 28 U.S.C. § 2675(b), the plaintiffs are prohibited from claiming or recovering an amount against the United States in excess of that set forth in a claim presented to the United States.

4. Pursuant to 28 U.S.C. § 2412(d)(1)(A), the plaintiffs cannot recover attorneys' fees from the United States.

5. Pursuant to 28 U.S.C. § 2402, the plaintiffs are not entitled to a jury trial against the United States.

6.  Pursuant to 28 U.S.C. § 2674, the plaintiffs are proscribed from recovering any amount for pre-judgment interest against the United States.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY

By:   /s/Rayford A. Farquhar
     Rayford A. Farquhar
     Assistant U.S. Attorney
     1 Courthouse Way, Ste. 9200
     Boston, MA 02210
     617-748-3284

**CERTIFICATE OF SERVICE**

Suffolk, ss.                       Boston, Massachusetts
                                      April 21, 2005

    I hereby certify that a true copy of the above document was served upon counsel of record, Charles B. Moegelin, Esq., Novick & Moegelin, 170 Merrimack Street, Lowell, MA 01852.

                                         /s/Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant U.S. Attorney