```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| HELENE TREMBLAY and<br>KEVIN TREMBLAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action<br>No. 05-10137-JLT |

**JOINT RULE 16.1 STATEMENT**

The parties in this action submit the following Joint Statement pursuant to Local Rule 16.1 and the Court's Order of May 31, 2005:

1. **Proposed Discovery Plan**:

    a.  Automatic disclosure statements and discovery shall be served on or before July 5, 2005, pursuant to the Court's Scheduling Order;

    b.  All interrogatories and request for production of documents shall be served by September 30, 2005;

    c.  Any Amendments pursuant to Fed. R. Civ. P. 15 shall be made by August 26, 2005;

    d.  All depositions shall be completed by December 6, 2005; and

    e.  A final pretrial conference shall be scheduled after decisions are rendered on a motion for summary judgment.

1

2. **Number of Depositions**

    a. The plaintiff intends to take written discovery and is unable to identify particular deponents at this juncture.

    b. Defendant intends to depose plaintiff and any witnesses she identifies as to her damages (the defendant may depose any fact witnesses that are no longer employees of the defendant).

       Since no discovery has yet occurred, the parties cannot identify possible deponents with greater specificity at this time.

2. **Consent to Trial By Magistrate**

    a. The plaintiff consents to a trial by magistrate in this case.

    b. The defendant consents to a trial by magistrate in this case.

3. **Proposed Schedule for Motions**

    a. All dispositive motions are to be filed by January 13, 2006.

4. **Designation of Experts**

    a. Expert witnesses shall be identified by the parties by August 26, 2005.

    b. If necessary, the opposing party shall have one month to September 27, 2005 in which to obtain an expert.

    c. If necessary, expert interrogatories shall be served by October 21, 2005

5.  **Final PreTrial Conference**

    a.  The Final Pretrial Conference will be scheduled by the Court following all hearings on dispositive motions.

        Respectfully submitted,

| | |
|---|---|
| HELENE TREMBLAY<br>AND KEVIN TREMBLAY, | UNITED STATES AMERICA,<br><br>By its Attorneys,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Charles B. Moegelin/RAF<br>Charles B. Moegelin, Esq.<br>Novick & Moegelin<br>170 Merrimack Street<br>Suite 316<br>Lowell, MA 01852<br>(978) 458-3600 | /s/Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>(617) 748-3284 |

Dated: June 23, 2005

**LOCAL RULE 7.1 CERTIFICATION**

    I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that on June 22, and June 23, 2005 I spoke with Attorney Charles B. Moegelin and he assented to me signing his name to this Joint 16.1 Statement.

                                Rayford A. Farquhar
                                Assistant U.S. Attorney