UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HELENE TREMBLAY and | * | |
| KEVIN TREMBLAY, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action No. 05-10137-JLT |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

## ORDER

July 5, 2005

TAURO, J.

After the Scheduling Conference held on July 5, 2005 this court hereby orders that:

1. Plaintiffs may depose Suzanne Dumont;

2. Defendant may depose Helene Tremblay and her doctor;

3. The Parties shall complete these depositions by September 30, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for October 11, 2005 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge