UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HELENE TREMBLAY and<br>KEVIN TREMBLAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action<br>No. 05-10137-JLT |

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND INTEREST**

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,

*/s/ Charles B. Moegelin*
CHARLES B. MOEGELIN, Esq.
Novick & Moegelin
170 Merrimack Street
Lowell, MA 01852
(978) 458-3600

Dated: 11-7-05

For the Defendant,

By its attorney,

MICHAEL J. SULLIVAN,
United States Attorney

*/s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA 02210
(617) 748-3100

1